```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
MARY P. PARNOW
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BELL, JR.,<br><br>       Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>       Defendant. | CASE NO. **2:06-CV-01148-CMK**<br><br>STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3).  On remand, the Appeals Council will obtain the subsequent application file and review the evidence and take appropriate action based on that review pursuant to Hallex I-5-3-17 [Attachment 1].

     It is further stipulated that the decision below is

Bell v. Barnhart
Stip & Order of Remand (Sentence 4)
2:06-cv-01148-CMK                   1

1  hereby vacated and that the Clerk of this Court shall be directed
2  to enter a separate judgment herein, as provided for under Rules
3  58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to
4  <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).
5  / / /
6  / / /
7  / / /

```
                    /s/ Colin Andrew Bailey
                    COLIN ANDREW BAILEY
                    Attorney at Law

                    Attorney for Plaintiff



                    McGREGOR W. SCOTT
                    United States Attorney
                    BOBBIE J. MONTOYA
                    Assistant U.S. Attorney


             By:    /s/ Mary Parnow                    11/6/2006
                    MARY PARNOW
                    Special Assistant U.S. Attorney

                    Attorneys for Defendant


OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION
```

## ORDER

This matter is remanded pursuant to the stipulation of the parties. The case is dismissed and the Clerk is directed to enter Judgment.

SO ORDERED.

DATED: _____

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Bell v. Barnhart
Stip & Order of Remand (Sentence 4)
2:06-cv-01148-CMK                         3

```
            /s/ Colin Andrew Bailey
          (As authorized on November 6, 2006)
          COLIN ANDREW BAILEY
          Attorney at Law

          Attorney for Plaintiff



          McGREGOR W. SCOTT
          United States Attorney
          BOBBIE J. MONTOYA
          Assistant U.S. Attorney


By:         /s/ Bobbie J. Montoya for
          MARY P. PARNOW
          Special Assistant U.S. Attorney

          Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

This matter is remanded pursuant to the stipulation of the parties.  The case is dismissed and the Clerk is directed to enter Judgment.

SO ORDERED.

DATED:   November 15, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

Bell v. Barnhart
Stip & Order of Remand (Sentence 4)
2:06-cv-01148-CMK                          4